1
2
3
4

UNITED STATES DISTRICT COURT

5

NORTHERN DISTRICT OF CALIFORNIA

6

7      PAMELA KOUSSA,                              Case No. 16-cv-05168-WHO

                    Plaintiff,
8
                                                   **ORDER OF DISMISSAL**
         v.
9
                                                   Re: Dkt. No. 32
       SOSCOL & SHETLER NAPA LLC, et al.,
10
                    Defendants.
11

12

13         Pursuant to notice of voluntary dismissal, **IT IS HEREBY ORDERED** that this case is

14     dismissed **with** prejudice.  The Clerk shall close the case.

15     Dated: February 2, 2018

16     _____

17     WILLIAM H. ORRICK
       United States District Judge
18
19
20
21
22
23
24
25
26
27
28